**IN UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE**

| | |
|---|---|
| S.E., by his legal guardian J.I.<br>J.H. by his legal guardian C.D.,<br>on behalf of a class of those similarly situated<br><br>　　　　　　　　　　Plaintiffs,<br>　　v.<br><br>Delaware Department of Education<br><br>　　　　　　　　　　Defendant. | Civil Action No.<br>1:22-cv-00429-RGA<br><br>(Class Action) |

**JOINT MOTION FOR PRELIMINARY
APPROVAL OF THE PROPOSED CLASS ACTION SETTLEMENT
AGREEMENT AND FOR APPROVAL OF CLASS NOTICE**

1. On March 31, 2022, Plaintiffs filed this class action case pursuant to Rule 23(b)(1) and (2) of the Federal Rules of Civil Procedure on behalf of themselves and all other similarly situated individuals who were children with disabilities and eligible for special education and related services under the Individuals with Disabilities in Education Act and Delaware State law who, but for turning 21, would otherwise qualify or would have qualified to receive special education and related services until age 22 because they had not earned a regular high school diploma.

2. On June 10, 2022, the Court scheduled a Rule 16(b) conference, and the parties have filed multiple stipulations for extensions of time due to continued collaborative efforts to resolve this dispute.

3. Plaintiffs and Defendant have reached a mutual settlement agreement. This final agreement was approved by the Delaware Department of Education and signed on June 6,

2023. This agreement was countersigned by the Plaintiffs and fully executed on June 9, 2023 (the "Settlement Agreement").

4. The parties now respectfully request that the Court preliminarily approve the parties' Settlement Agreement and Class Notice in the above-captioned matter pursuant to Federal Rule of Civil Procedure 23(e). The parties submit a Joint Memorandum of Law in Support of their Motion.

/s/ L. Lee Wentz
Lawrence Lee Wentz, Esq. (DE# 5106)
521 N. West St.
Wilmington, DE 19801
(302) 319-3387
Fax: 877-784-0566
lee.wentz@lwentzlaw.com
*Counsel for Plaintiffs*

Date:   November 20, 2023

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

/s/ *Carla A.K. Jarosz*
Carla A.K. Jarosz, Esq. (DE#5424)
Alexander Corbin, Esq. (DE# 6145)
Deputy Attorney General
102 W. Water Street
Dover, Delaware 19904
(302)577-8316
*Attorneys for Delaware Department of Education*

Date: November 20, 2023

## **CERTIFICATE OF SERVICE**

I, Lawrence Lee Wentz, hereby certify that a true and correct copy of the Motion for Preliminary Approval of the Proposed Class Action Settlement, Memorandum in Support of the Motion, with exhibits, proposed Class Notice, and proposed Order were filed with the Court's ECF system on **November 20, 2023** and available for viewing by the following:

>Carla A.K. Jarosz (#5424)
>Alexander Corbin (#6145)
>Deputy Attorney General
>102 W. Water Street
>Dover, Delaware 19904
>(302)577-8316
>Carla.Jarosz@delaware.gov
>*Attorneys for Delaware Department of Education*

>/s/ L. Lee Wentz, Esq.
>Lawrence Lee Wentz