## IN UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| S.E., by his legal guardian J.I. | ) | |
| J.H. by his legal guardian C.D., | ) | |
| on behalf of a class of those similarly situated | ) | |
| | ) | Civil Action No. |
| Plaintiffs, | ) | 1:22-cv-00429-RGA |
| v. | ) | |
| | ) | (Class Action) |
| Delaware Department of Education | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT MOTION FOR FINAL
## APPROVAL OF THE PROPOSED CLASS ACTION SETTLEMENT

Plaintiffs S.E., by his legal guardian J.I., and J.H. by his legal guardian C.D., on behalf of themselves and all others similarly situated, and Defendant Delaware Department of Education, by their respective counsel, pursuant to Federal Rule of Civil Procedure 23(e) and for reasons fully set forth in the accompanying Memorandum of Law in Support of this Motion, hereby respectfully request that the Court enter the attached proposed order granting final approval of the parties' proposed class settlement in the above-captioned action.


/s/ L. Lee Wentz
Lawrence Lee Wentz, Esq. (DE# 5106)
521 N. West St.
Wilmington, DE 19801
(302) 319-3387
Fax: 877-784-0566
lee.wentz@lwentzlaw.com
*Counsel for Plaintiffs*

Date:   March 1, 2024

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ *Carla A.K. Jarosz*
Carla A.K. Jarosz, Esq. (DE#5424)
Alexander Corbin, Esq. (DE# 6145)
Deputy Attorney General
102 W. Water Street
Dover, Delaware 19904
(302)577-8316
*Attorneys for Delaware Department of Education*

Date: March 1, 2024

## CERTIFICATE OF SERVICE

I, Lawrence Lee Wentz, hereby certify that a true and correct copy of the Motion for Final Approval of the Proposed Class Action Settlement, Proposed Order, and Memorandum in Support of the Motion, with exhibits were filed with the Court's ECF system on **March 1, 2024** and available for viewing by the following:

> Carla A.K. Jarosz (#5424)
> Alexander Corbin (#6145)
> Deputy Attorney General
> 102 W. Water Street
> Dover, Delaware 19904
> (302)577-8316
> Carla.Jarosz@delaware.gov
> *Attorneys for Delaware Department of Education*

/s/ L. Lee Wentz, Esq.
Lawrence Lee Wentz